# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TTG IMAGING SOLUTIONS, LLC, | No. 2:21-cv-153 |
| Plaintiff, | |
| | **JURY TRIAL DEMANDED** |
| v. | |
| ANDREA LOVELL, an individual and d/b/a NUCMED SERVICE SPECIALISTS, | |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for TTG Imaging Solutions, LLC, in the above captioned action, certifies that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

Date: February 1, 2021

/s/ David J. Garraux
David J. Garraux
PA ID No. 204350
Laura K. Veith
PA ID No. 321680
Jessica L.G. Moran
PA ID No. 325912

K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
T: 412-355-6500
F: 412-355-6501
david.garraux@klgates.com
laura.veith@klgates.com
jessica.moran@klgates.com

*Counsel for Plaintiff TTG Imaging Solutions, LLC*