IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TTG IMAGING SOLUTIONS, LLC, | ) |
| Plaintiff, | ) 2:21-CV-00153-CCW |
| v. | ) |
| ANDREA LOVELL, | ) |
| Defendant | ) |

**MEMORANDUM ORDER FOR EXPEDITED DISCOVERY**

AND NOW, after reviewing the parties Joint Stipulation to Conduct Limited Expedited Discovery, ECF No. 30, and considering: Plaintiff's Complaint, ECF No. 1; Plaintiff's Renewed Motion for Preliminary Injunction, ECF No. 23; Plaintiff's Brief in support thereof, ECF No. 24; and Defendant's Brief in opposition thereto, ECF No. 31, the Court HEREBY ORDERS AS FOLLOWS:

1. Plaintiff and Defendant will conduct expedited discovery limited to issues relevant to Plaintiff's Motion for Preliminary Injunction, ECF No. 23.

2. Plaintiff and Defendant will be entitled to conduct the following expedited discovery:

   a. Plaintiff and Defendant may each serve no more than ten (10) interrogatories and no more than ten (10) requests for production.

   b. The responding party must serve written discovery responses and produce responsive, non-privileged materials within seven (7) days of service of interrogatories and fourteen (14) days of service of requests for production.

   c. Plaintiff and Defendant may each conduct two (2) depositions not to exceed six (6) hours per deposition.

   d. Expedited discovery shall be completed by **Monday May 24, 2021**.

IT IS FURTHER ORDERED THAT:

1. **Post-Expedited Discovery Status Conference:** The Court will hold a Telephonic Post-Expedited Discovery Status Conference at **9:00 a.m. on May 26, 2021.** Lead counsel for the parties shall participate in the Telephonic Post-Expedited Discovery Status Conference and the parties shall be available by phone. Participants shall use the dial-in information available at ECF No. 8 to access the Conference.

2. **Referral to ADR:** The parties shall participate in a mediation regarding Plaintiff's Renewed Motion for Preliminary Injunction, ECF No. 23. The costs of mediation will be split equally between the parties. The mediation shall occur on or before **May 24, 2021.** On or before **April 23, 2021**, the parties shall file a completed ADR stipulation identifying the parties' selected mediator and setting forth the date certain for the mediation.

   a. If the parties are utilizing a private mediation process, the case is still governed by the Court's Local Rules and ADR Policies and Procedures. When private processes are used, it is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed as required by the United States District Court for the Western District of Pennsylvania's Policies and Procedures.

   b. The parties are hereby notified that any individual neutral (Court approved or private) is required to become a registered user of the Electronic Case Filing System (ECF) in the United States District Court for the Western

District of Pennsylvania. Counsel shall so notify their agreed-upon neutral and refer them to the Court's website at www.pawd.uscourts.gov for user registration forms. Counsel shall confirm to the Court that the selected neutral has completed the process.

3. Nothing in this Order alters any previous orders that have been entered in this case. All deadlines set forth in previous orders remain in full force and effect.

IT IS SO ORDERED.

DATED this 20th day of April, 2021.

                              BY THE COURT:

                              /s/ Christy Criswell Wiegand
                              CHRISTY CRISWELL WIEGAND
                              United States District Judge

cc (via ECF email notification):

All Counsel of Record